[No. 5798–1. Division One. July 13, 1978.]

THE STATE OF WASHINGTON, *Appellant,* v. MARTIN
DANIEL SOLER, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3364, Harry A. Follman, J., entered July 8,
1977. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by James and Dore, JJ.

[No. 5850–1. Division One. July 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
WILLIAM COOPER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80615, Frank H. Roberts, Jr., J., entered July
21, 1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by James and Williams, JJ.

[No. 5881–1. Division One. July 13, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. KARL J.
MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79642, H. Joseph Coleman, J., entered June 21,
1977. *Affirmed* by unpublished opinion per Andersen, J.,
concurred in by Williams and Ringold, JJ.